## THE PEOPLE *v.* HADDOCK.

APPEAL from the District Court of Guayama.

No. 59.—Decided February 13, 1907.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—
Where there is no bill of exceptions or statement of facts, and it does not
appear from the record that any error has been committed which would
warrant the reversal of the judgment appealed from, the same should be
affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

This was a prosecution against Jorge Haddock for dis-
turbing the peace. The appeal was apparently taken for the
sole purpose of delay, and there has been no appearance for
the appellant and no bill of exceptions or brief filed.

We have examined the record, and find no error, and the
judgment must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, MacLeary
and Wolf concurred.